| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **THE TUROCI FIRM**<br>Todd Turoci (State Bar No. 160059)<br>Julie Philippi (State Bar No. 166108)<br>3845 Tenth Street<br>Riverside, CA 92501<br>Telephone: (888) 332-8362<br>Facsimile: (866) 762-0618<br>mail@theturocifirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ Attorney for: **Debtor** | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>ASHLEY AARONS,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO: **2:19-bk-18316-NB**<br><br>CHAPTER __11__<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)**<br><br>DATE: **August 6, 2019**<br>TIME: **10:00 A.M.**<br>COURTROOM: **1545**<br>PLACE: **United States Bankruptcy Court**<br>**255 E Temple St**<br>**Los Angeles, CA 90012** |

**Movant: ASHLEY AARONS**

1. NOTICE IS HEREBY GIVEN to **All Creditors** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☒ **255 East Temple Street, Los Angeles, CA 90012**     ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367     ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

---

b. ☒ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing ☒ at least **five (5)** days before the hearing.

   (1) ☒ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

   (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: 7-18-19

**THE TUROCI FIRM**
Printed name of law firm (if applicable)

**Todd Turoci**
Printed name of individual Movant or attorney for Movant

Signature of individual Movant or attorney for Movant

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movants: ASHLEY AARONS**

1. **The Property or Debt at Issue:**
   a. ☐ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☐ Vehicle *(describe year, manufacturer, type, and model)*:
      Vehicle Identification Number:
      Location of vehicle *(if known)*:

      ☐ Equipment *(describe manufacturer, type, and characteristics)*:
      Serial number(s):

      Location *(if known)*:

      ☐ Other Personal Property *(describe type, identifying information, and location)*:

      ☐ Real Property
      Street Address:
      Apt./Suite No.:
      City, State, Zip Code:
      Legal description or document recording number (include county of recording):

      ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) _____ to secure the sum of approximately $_____ now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** *as to all creditors.*

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☒ Movant moves for an order **continuing the automatic stay** *as to all creditors*.

2. **Case History:**
   a. ☒ A voluntary ☐ An involuntary petition concerning an individual[s] under chapter ☐ 7 ☒ 11 ☐ 12 ☐ 13 was filed concerning the present case on *(specify date)*: **July 17, 2019**

   b. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                          F 4001-1.IMPOSE.STAY.MOTION

d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

1. Case name: *Ashley Aarons*
   Case number: *2:19-bk-16825-NB*           Chapter: *13*
   Date Filed: *06/11/2019*   Date dismissed: *07/03/2019*
   Relief from stay re this Property         ☐ was         ☒ was not granted
   Reason for dismissal: *Debtor's debts were over the 109(e) limit.*

2. Case name:
   Case number:              Chapter:
   Date Filed:               Date dismissed:
   Relief from stay re this Property         ☐ was         ☐ was not granted
   Reason for dismissal:

   ☐ See attached continuation page

e. ☒ As of the date of this motion the Debtor ☐ has ☒ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☐ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was _____ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was:
   ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
   ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

a)  
1. Property description/value: *984 Bel Air Rd., Los Angeles, CA 90077*  — $5,500,000.00
2. Creditor/Lien amount: *Property Taxes* — $ 0.00
3. Creditor/Lien amount: *First Lienholder, Patch of Land Lending, LLC* — $3,361,996.00
4. Creditor/Lien amount: *Second Lienholder, James Haycock as Trustee* — $ 170,000.00
5. Creditor/Lien amount: *Third Lienholder, M. Lamorie* — $ 90,000.00
6. Creditor/Lien amount: *Fourth Lienholder, Complete Business Solutions Group* — $ *300,000.00
7. Creditor/Lien amount: *Fifth Lienholder, Western Star Financial, Inc.* — $ *25,000.00
8. Total Liens — $3,946,996.00
9. Debtor's Homestead Exemption — $ 75,000.00
10. Equity in the Property (subtract lines 8 and 9 from line 1 and enter here) — $1,478,004.00

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 4                             F 4001-1.IMPOSE.STAY.MOTION

b)  1. Property description/value: *336 N. Sweetzer Ave., Los Angeles, CA 90048*         $2,630,000.00
    2. Creditor/Lien amount: *Property Taxes*                                              $    19,690.47
    3. Creditor/Lien amount: *First Lienholder, Alliance Portfolio Private Equity Finance, Inc.* $1,600,000.00
    4. Creditor/Lien amount: *Second Lienholder, Shiv Raj Gupta*                           $   250,000.00
    5. Creditor/Lien amount: *Third Lienholder, Deanna D'Egidio*                           $    25,000.00
    6. Creditor/Lien amount: *Fourth Lienholder, Deanna D'Edidio*                          $    11,000.00
    7. Creditor/Lien amount: *Fifth Lienholder, Complete Business Solutions Group*         $  **40,200.00
    8. Creditor/Lien amount: *Sixth Lienholder, Axos Bank*                                 $    25,000.00
    9. Creditor/Lien amount: *Seventh Lienholder, M. Lamorie*                              $    58,000.00
    10 Creditor/Lien amount: *Eighth Lienholder, M. Lamorie*                               $    22,000.00
    11 Creditor/Lien amount: *Ninth Lienholder, Amir Abraham Milani*                       $    46,000.00
    12 Creditor/Lien amount: *Tenth Lienholder, Complete Business Solutions Group*         $  *300,000.00
    13 Creditor/Lien amount: *Eleventh Lienholder, Western Star Financial, Inc.*           $   *25,000.00
    14 Total Liens                                                                         $2,421,890.47
    15 Debtor's Homestead Exemption                                                        $         0.00
    16 Equity in the Property (subtract lines 14 and 15 from line 1 and enter here)        $   208,109.53
    *Liens are cross collateralized against 984 Bel Air Rd., Los Angeles, CA*
    **Lien is disputed.*

c)  1. Property description/value:                                                         $
    2. Creditor/Lien amount:                                                               $
    3. Creditor/Lien amount:                                                               $
    4. Creditor/Lien amount:                                                               $
    5. Creditor/Lien amount:                                                               $
    6. Total Liens                                                                         $
    7. Debtor's Homestead Exemption                                                        $
    8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)          $
    ☐ See attached continuation page

4. **Grounds for Continuing the Stay:**

    a. ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

        1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

            A. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

            B. ☒ Good faith is shown because **Debtor's prior case, filed under chapter 13, was dismissed because her debt exceeded the debt limits for chapter 13. Debtor was not represented by counsel in that case and did not know what she was doing.**

            ☐ See attached continuation page

        2. ☒ The Property is of consequential value or benefit to the estate because:

            A. ☒ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);* **The Bel Air property has approximately $1,478,004.00 in equity; the Sweetzer property has approximately $208,109.53 in equity.**

            B. ☒ The Property is necessary to a reorganization for the following reasons: **There is significant equity in the Bel Air property. There is also equity in the Sweetzer property, Debtor is trying to sell it to pay the liens. Some of the liens are cross-collateralized on both Bel**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 5                          F 4001-1.IMPOSE.STAY.MOTION

***Air and Sweetzer. By paying as much as possible, if not all on those liens, Debtor will be able to increase the equity in Bel Air and maximize the return to creditors.***

☐ See attached continuation page

C. ☒ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection : ***The equity in the properties and /or adequate protection payments.***

☐ See attached continuation page

3. ☒ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because

☐ See attached continuation page

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because.
☐ See attached continuation page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable

☐ See attached continuation page

F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: **Debtor's prior case under chapter 13 was filed Pro Se**

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☒ For the following additional reasons: ***Debtor's prior case, filed Pro Se under chapter 13, was dismissed because her debt exceeded the debt limits for chapter 13. Debtor retained The Turoci Firm to file a case under Chapter 11. From this, the court may conclude that this case will result in a confirmed chapter 11 plan that will be fully performed.***

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**

   a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

      1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

      2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:

         ☐ See attached continuation page

      3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*:

         ☐ See attached continuation page

   b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

      1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

      2. ☐ Good faith is shown because:

         ☐ See attached continuation page

   c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

      1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows:

         ☐ See attached continuation page

      2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

      3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

         ☐ See attached continuation page

      4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

         ☐ See attached continuation page

      5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                Page 7                                    F 4001-1.IMPOSE.STAY.MOTION

dismissal of the prior case(s) as follows:

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☐ For the following additional reasons __

☐ See attached continuation page

7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

   a. ☐ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☒ Other Declaration(s) are also attached in support of this Motion
   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.
   d. ☐ Other evidence *(specify):* __

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following *(specify forms of relief requested):***

1. ☒ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☒ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* **Debtor shall pay the post-petition mortgage payments as they come due.**

8. ☐ For other relief requested, see attached continuation page.

Date: **July 18, 2019**                                      Respectfully submitted,
                                                              **Ashley Aarons**

**THE TUROCI FIRM**
Firm Name of attorney for Movant (if applicable)

_Signature_
**Todd Turoci**
Printed Name of Individual Movant or Attorney for Movant

### DECLARATION OF MOVANT

I, **Ashley Aarons**, am the Movant. I have read the foregoing motion consisting of __9__ pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7/18/19    Ashley Aarons
Date    Printed name of declarant    Signature

## DECLARATION OF ASHLEY AARONS

I, Ashley Aarons, declare and state:

I am the debtor herein. I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto.

1. On July 17, 2019, I filed a voluntary chapter 11 petition, commencing case number 2:19-bk-18316-NB. The biggest assets I own are the real properties located at 984 Bel Air Road, Los Angeles, California 90077 (the "Bel Air Property") and 336 N Sweetzer Avenue, Los Angeles, California 90048 (the "Sweetzer Property"). I estimate that the Bel Air Property is worth $5,500,000 and that I owe approximately $3,946,996. The property taxes are paid up to date on the Bel Air Property.

2. I estimate that the Sweetzer Property is worth $2,630,000 and that I owe approximately $2,421,890.47. This amount includes $19,690.47 for property taxes that have come due but have not yet been paid. The Sweetzer Property was scheduled to be sold at a foreclosure sale on July 17, 2019, however it has been postponed due to the filing of this case. If the automatic stay is continued, my intent is to sell this property to maximize the return to creditors.

3. The Bel Air Property has serious water damage. I have an open pending claim with the insurance company. Due to this damage I had a loss of rental income because the home was uninhabitable. The loss of rental income caused me to seek out additional short term, high interest loans to pay my creditors. Also, I was in the process of obtaining a second loan on the Bel Air Property to consolidate my debt but after the loan was approved and funded it was undone. The checks I had sent to my creditors in reliance on the loan funding all bounced, causing a domino effect.

4. On June 11, 2019, I filed a voluntary chapter 13 petition, commencing case number 2:19-bk-16825NB. The case was dismissed on July 3, 2019. I filed the case as pro se and did not know what I was doing. This case was dismissed because my debts exceeded the limit for a chapter 13 bankruptcy.

5.  If the Court grants this motion, I will be able to propose a confirmable chapter 11 plan of reorganization. My intent is to reorganize and pay as much to my creditors as possible.

6.  I have now retained an experienced chapter 11 bankruptcy attorney. I believe with the assistance of my new counsel, I can propose a feasible plan that will enable me to cure all arrears to secured creditors, sell the Sweetzer Property, and repay my creditors in an orderly fashion.

7.  Filing this chapter 11 petition is my last chance to try to get out of debt

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 18th day of July 2019 in Riverside, California.

Date: 7/18/19

Ashley Aarons

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/18/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Todd L Turoci**   mail@theturocifirm.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **7/18/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/18/2019 | Adela Salgado | /s/ Adela Salgado |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

### 4. SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL

Debtor
Ashley Susan Aarons
984 Bel Air Road
Los Angeles, CA 90077-3010

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

### Secured Creditors for Sweetzer Property

First Lienholder
Alliance Portfolio Private Equity Finance, Inc
Attn: James Perry, agent for service of process
120 Vantis, Ste 515
Aliso Viejo, CA 92656-2679

Second Lienholder
Shiv Raj Gupta
Merit One Lending Inc
1443 E Washington Blvd #182
Pasadena, CA 91104-2650

Incorp Services C2294569
STEVEN PICKETT, agent for service of process
c/o Merit One Lending, Inc.
5716 CORSA AVE. SUITE 110
WESTLAKE VILLAGE CA 91362

Third and Fourth Lienholder
Deanna D Egidio
5502 Wellesley Dr.
Calabasas, CA 91302-3110

Fifth & Tenth Lienholder
Complete Business Solutions Grp
RAYMOND MONCLAR, agent for service of process
3605 LONG BEACH
LONG BEACH CA 90807

Complete Business Solutions Grp
35453-B, Dumbarton Ct.
Newark, CA 94560-1100

Sixth Lienholder          *(FDIC) Sent Certified*   7018 1830 0002 1483 0804
Gregory Garrabrants,
President and CEO
Axos Bank Headquarters
4350 La Jolla Village Dr., Ste 140
San Diego, CA 92122-1244

World Business Lenders, LLC
Servicer for Axos Bank
101 Hudson Street, 33rd Fl
Jersey City, NJ 07302-3905

Seventh & Eighth Lienholder
Michelle LAMORIE
11942 Freeman Ave
Hawthorne, CA 90250-3129

Michelle LAMORIE
727 West 131st Street
Gardena, CA 90247-1709

Ninth Lienholder
Amir Abraham Milani
8721 Santa Monica Blvd. #443
West Hollywood, CA 90069-4507

Eleventh Lienholder
Western Star Financial
Mark Ward, agent for service of process
3845 10th Street
Riverside, CA 92501-3519


**Secured Creditors for Bel Air Property**

First Lienholder
Patch of Land Lndg LLC
Headquarters
15000 Ventura Blvd., Ste 300
Sherman Oaks, CA 91403-2443

CSC Lawyers Inc., Srv, agent for service of process
c/o Patch of Land Lndg LLC
15000 VENTURA BLVD., SUITE 202
SHERMAN OAKS CA 91403

FCI Lender Services, Inc.
c/o Patch of Land Lndg LLC
PO Box 27370
Anaheim, CA 92809-0112

Second Lienholder
James Haycock as Trustee of a
Separate Trust
3329 E. Bayaud Ave., 704
Denver, CO 80209-3368

## 20 Largest Unsecured Creditors

Al Hummer
9400 Fairway View Place #1215
Rancho Cucamonga, CA 91730-0938

Andrea Friedlander
1167 S Hayworth Ave
Los Angeles, CA 90035-2603

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Cashcall Inc
1 CITY BOULEVARD WEST
SUITE 1000
ORANGE CA 92868-3611

Citibank / Sears
Citibank Corp/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Community Choice Financial
Attn: Bankruptcy
6785 Bobcat Way
Dublin, OH 43016-1443

Discover Personal Loan
Attn: Bankruptcy
Po Box 30954
Salt Lake City, UT 84130-0954

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Funding Zone
75 Maiden Lane, Ste 203
New York, NY 10038-4810

Justin Bonesteel
267 Wesley Ave
Ventura, CA 93003-3424

LoanMe, Inc.
Attn: Bankruptcy
1900 S State College Blvd
Anaheim, CA 92806-0101

Oportun
Attn: Bankruptcy
Po Box 4085
Menlo Park, CA 94026-4085

Prompt Capital Funding LLC
3041
Ave U 1st Floor
Brooklyn, NY 11229

Raul Santana Rodriguez
2141 Norma Court
Oxnard, CA 93036-2236

Regal Capital Inc
125 Ave T
Brooklyn, NY 11223

Westlake Financial Services
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

Yellowstone Capital West, LLC
116 Nassau Street, Ste 804
New York, NY 10038-2481

Yes Funding Services, LLC
E Advance Services, LLC
122 E 42nd Street #2112 New York, NY 10168-2100

## All Other Creditors & Parties in Interest

Axcess Financial
7755 Montogomery Road
Suite 400
Cincinnati, OH 45236-4197

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197-0002

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 3952
Sacramento, CA 95812-2952

Internal Revenue Service
Official Noticing Address for BK
POB 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

Majestic Ventures, LLC
dba VacationHomes365.com
Steven J Bench, Registered Agent
4137 South 5000 West
Salt Lake City, UT 84123

RISE Credit
Attn: Bankruptcy
Po Box 101808
Fort Worth, TX 76185-1808

Yellowstone Capital West, LLC.
30 Broad Street, 14th Floor
Suite 1462
New York, NY 10004-2906

Yes Funding Services, LLC
E Advance Services, LLC
122 E 42nd Street #2112 New York, NY 10168-2100

Robert P Goe
Goe & Forsythe, LLP
18101 Von Karman Avenue Suite 1200
Irvine, CA 92612-7119