| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| THE TUROCI FIRM<br>Todd Turoci (State Bar No. 160059)<br>Julie Philippi (State Bar No. 166108)<br>3845 Tenth Street<br>Riverside, CA 92501<br>Telephone: (888) 332-8362<br>Facsimile: (866) 762-0618<br>mail@theturocifirm.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>ASHLEY SUSAN AARONS, | CASE NO.:  2:19-bk-18316-NB<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. § 327(a), LBR 2014-1]; and**<br><br>☒ **TO FILE INTERIM FEE APPLICATIONS USING PROCEDURE IN LBR 9013-1(o)** |
| | This motion is being made under **ONLY ONE** of the following notice procedures:<br>☒ **No hearing unless requested under LBR 9013-1(o)(4); or**<br>☐ Hearing set on regular notice: LBR 9013-1(d):<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

**PLEASE TAKE NOTICE THAT** the Debtor in Possession (the Debtor) requests an order authorizing the Debtor to employ general bankruptcy counsel and, if requested in this motion, to file interim fee applications using the procedures set forth in LBR 9013-1(o).

Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

your opposition upon the Debtor, the Debtor's attorney, the United States trustee and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

a. ☒ **No Hearing Scheduled; Notice Provided Under LBR 9013-1(o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

b. ☐ **Hearing Set on Regular Notice; Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

c. ☐ **Other** (specify):

Date: 7/24/19

Date: 7/24/19

By: _____
Signature of Debtor

Name: Ashley Susan Aarons
Printed name of Debtor

By: _____
Signature of attorney for Debtor, if any

Name: Todd Turoci
Printed name of attorney for Debtor, if any

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## MOTION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [LBR 2014-1] AND, IF REQUESTED BELOW, TO FILE INTERIM FEE APPLICATIONS USING PROCEDURE IN LBR 9013-1(o)

### 1. EMPLOYMENT

a. To assist the Debtor in the administration of this chapter 11 case, the Debtor must employ, effective on (date) 07/17/2019 , the following professional The Turoci Firm _____ (Professional) as chapter 11 general bankruptcy counsel pursuant to 11 U.S.C. § 327(a).

b. The following information and documents are provided in support of this Motion:

   (1) The Professional seeks compensation pursuant to: ☐ 11 U.S.C. § 328; or ☒ 11 U.S.C. § 330.

   (2) The Debtor selected this Professional because the Professional is well qualified to represent the Debtor in this proceeding and for the following additional reasons:
   The considerable experience of the Firm's principal in all aspects of bankruptcy law as well as other areas of law that may become relevant during the pendency of Debtor's bankruptcy case. All attorneys employed by or associated with the Firm who will render services in this case are duly admitted to practice law in the Courts of the State of California and in the United States District Court for the Central District of California.

   (3) Professional agrees to render legal services in connection with the Debtor's chapter 11 case, including but not limited to the following services:

   (A) Advise the Debtor regarding matters of bankruptcy law and concerning the requirements of the Bankruptcy Code, and Bankruptcy Rules relating to the administration of this case, and the operation of the Debtor's estate as a debtor in possession;

   (B) Represent the Debtor in proceedings and hearings in the court involving matters of bankruptcy law;

   (C) Assistance in compliance with the requirements of the Office of the United States trustee;

   (D) Provide the Debtor legal advice and assistance with respect to the Debtor's powers and duties in the continued operation of the Debtor's business and management of property of the estate;

   (E) Assist the Debtor in the administration of the estate's assets and liabilities;

   (F) Prepare necessary applications, answers, motions, orders, reports and/or other legal documents on behalf of the Debtor;

   (G) Assist in the collection of all accounts receivable and other claims that the Debtor may have and resolve claims against the Debtor's estate;

   (H) Provide advice, as counsel, concerning the claims of secured and unsecured creditors, prosecution and/or defense of all actions;

   (I) Prepare, negotiate, prosecute and attain confirmation of a plan of reorganization;

   (J) ☐ Other (specify):


   (4) A declaration by the Professional provides information on the following: identification/qualifications; disinterestedness; compliance with FRBP 2014 and FRBP 5002; and compensation arrangements.

   (5) A declaration by the Debtor as to the source, amount and date of prepetition retainer paid to Professional and provisions for replenishment, if any, and any postpetition retainer and source of payment of postpetition retainer(s), if any. No liens against the retainer have been granted in favor of the Professional or any other party.

   (6) ☐ An optional Memorandum of Points and Authorities is attached.

   (7) ☐ Other (specify):

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## 2. FILE INTERIM FEE APPLICATIONS USING LBR 9013-1(o) (IF REQUESTED)

☒    The Debtor requests authorization to use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications. Professional acknowledges, by checking this box, that to the best of Professional's knowledge, no other professional is or will be employed in this case. If additional professional(s) become employed, Professional agrees to give 45 days' notice of the date and time of any interim fee application hearing in compliance with LBR 2016-1(a)(2) and will cease filing interim fee applications pursuant to LBR 9013-1(o).

The Debtor requests the authority to (1) employ the Professional to represent the Debtor in this case and (2) file interim fee applications using the procedure set forth in LBR 9013-1(o).

Date: 7/24/19

By: _____
Signature of attorney for Debtor, if any

Name:  Todd Turoci
Printed name of attorney for Debtor, if any

Date: 7/24/19

By: _____
Signature of Debtor

Name:  Ashley Susan Aarons
Printed name of Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                   Page 4                F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

## DECLARATION OF PROFESSIONAL

I, (*print name*) Todd Turoci _____, have personal knowledge of the matters
set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

### 1. Identification/Qualifications

a. ☒ I am a licensed attorney.

b. I, and the (*name of firm*) The Turoci Firm _____ (Firm) of
which I am a (*position with Firm*) Owner and Principal _____, maintain our principal
offices at
3845 Tenth Street, Riverside, CA 92501

c. I believe that I am qualified to represent the Debtor. A copy of my resume is attached as **Exhibit 1.**

   (1) ☒ I have previously represented at least 20 chapter 11 debtors and in 9 of those cases, I prepared a
       chapter 11 plan and obtained an order confirming the plan.

   (2) ☐ I cannot check box 1.c.(1) but I believe that I should be allowed to represent this Debtor because
       (*specify*):

d. Additional resumes for any and all professionals at my Firm who will work on this case are attached as **Exhibit 2.**

### 2. Disclosures Re Connections and Adverse Interests

a. Authority is sought pursuant to 11 U.S.C § 327(a)

The Firm and I are "disinterested persons" within the meaning of 11 U.S.C. § 101. We are (a) not creditors,
equity security holders, or insiders of the Debtor; (b) are not and were not, within 2 years before the date of the
filing of the petition, directors, officers or employees of the Debtor; and (c) do not have interests materially
adverse to the interest of the estate, or of any class of creditors or equity security holders, by reason of any direct
or indirect relationship to, connection with, or interest in, the Debtor or for any other reason. The Firm and I do
not hold or represent an interest adverse to the estate.

b. Disclosures re FRBP 2014

Except as indicated below and other than representing the Debtor in this case, neither the Firm nor I ever
represented the Debtor, and neither the Firm nor I have any connection with the Debtor, any insider of the Debtor,
or insider of an insider of the Debtor, any creditor of the Debtor or any other party in interest herein, the United
States trustee, persons employed by the United States trustee, persons employed by the Bankruptcy Court or a
Bankruptcy Judge, or any of their respective attorneys or accountants. Other information relevant to relationships
with the Debtor is as follows (*specify*):

c. The Firm and I do not hold any prepetition claim against the estate.

d. The Firm and I have not made any arrangements for the sharing of fees with any other person or entity.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## 3. Compensation Arrangements

a. (1) ☒ Prior to the chapter 11 petition date, the Firm and I received $ 25,000.00 _____ from

    ☒ the Debtor

    ☐ other (specify source of funds): _____

    As of the petition date, $ 15,968.00 ____ of the retainer funds remain unexhausted.

(2) ☐ Firm and I will receive $ _____ from

    ☐ the Debtor

    ☐ other (specify source of funds): _____
    postpetition on (specify date or timing of payment): _____

b. Pursuant to the Debtor's initial retainer agreement, the Debtor agreed to pay for services as they were performed. However, any payment of fees and expenses is subject to court approval. A true and correct copy of the retainer agreement is attached as **Exhibit 3.**

c. The Firm and I will comply with the *Guide To Application For Retainers and Professional And Insider Compensation* promulgated by the Office of the United States trustee, as well as any other applicable employment guidelines and fee guidelines in withdrawing the prepetition or postpetition retainer funds, if any.

d. <u>THE FIRM'S PROPOSED COMPENSATION IS:</u>

    (1) <u>Hourly rates</u>

        Partner, primary/lead counsel (*insert names of partners and each rate*)

| | | |
|---|---|---|
| Todd Turoci | $ 500 | per hour |
| | $ _____ | per hour |
| | $ _____ | per hour |

        Associate attorney (*insert names of associates and each rate*)

| | | |
|---|---|---|
| Julie Philippi | $ 400 | per hour |
| Dustin Nirschl | $ 275 | per hour |
| | $ _____ | per hour |

        Law clerks/paralegal (*insert names and each rate*)

| | | |
|---|---|---|
| Dana Cormey | $ 195 | per hour |
| Daisy Diaz | $ 195 | per hour |
| Adela Salgado | $ 175 | per hour |

        ☐ Optional: See **Exhibit 4** for the Firm's hourly rates.

    (2) <u>Other</u>

        If the Firm's compensation is set by other than hourly rate, specify:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 6        F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

e. **THE FIRM'S EXPENSE REIMBURSEMENT RATES ARE:**

| | |
|---|---|
| Fax in & fax out | _____ (Actual cost, not to exceed $0.10 per page) |
| Messenger | Actual cost |
| Photocopies | $ 0.10 (Actual cost, not to exceed $0.10 per page) |
| Postage | Actual cost |
| Telephone | No charge |
| Other: *(describe expense)* | |
| Mileage (IRS Standard) | $ 0.58 (Actual cost) |
| Parking | _____ (Actual cost) |

f.    Neither the Firm nor I request any lien on any retainer received in this case or on any property of the estate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 7/24/19

By: _____
    Signature of proposed t Professional

Name:  Todd Turoci
       Printed name of proposed Professional

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 7            F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

## DECLARATION OF DEBTOR IN POSSESSION

I, Ashley Susan Aarons _____ am the Debtor in Possession in this case.

To the best of my knowledge, all of the Professional's connections with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States trustee are as stated in the attached Declaration of Professional.

☒    I paid the following amounts to The Turoci Firm _____ as follows:

| Amount | Date of Payment | Source of Funds |
|--------|-----------------|-----------------|
| $ 25,000.00 | 07/16/2019 | Personal Funds |
| $ | | |

☐    I caused to be paid $ _____ to _____ pursuant to
our initial retainer agreement, and have agreed that fees are to be billed against this amount.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 7/24/19

By: _____
Signature of Debtor in Possession

Name: Ashley Susan Aarons _____
Printed name of Debtor in Possession

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 8              F 2081-2.5.MOTION.EMPLOY.GEN.COUNSEL

# Exhibit 1

# TODD TUROCI

3845 Tenth Street
Riverside, California 92501
Tel: 888-332-8362 | Fax: 866-762-0618

## EDUCATION

Law School – UNIVERSITY OF THE PACIFIC, MCGEORGE SCHOOL OF LAW,
Sacramento, California
J.D. May1992

Graduate – WEBSTER UNIVERSITY, St. Louis, Missouri
M.A. in Business 1988

Undergraduate – CALIFORNIA STATE UNIVERSITY, SAN BERNARDINO, San Bernardino,
California
B.A. in Economics 1985

Aviation - COMMERCIAL PILOT LICENSE (2007) PRIVATE PILOT LICENSE (1981)

Guitar – MUSICIANS INSTITUTE
Performance Certificate (2016)

## WORK EXPERIENCE

Certified by the State Bar of California and American Board of Certification as a
specialist in Consumer Bankruptcy Law and Business Bankruptcy Law, respectively; with 26
years of experience representing thousands of debtors, creditors, and third parties in all types of
bankruptcy proceedings. Owned and operated own firm since 1993 within the practice areas of
bankruptcy, insolvency, workouts, and related civil litigation matters. Has offices throughout
Southern California including offices in Riverside County, San Bernardino County, and Los
Angeles County. Primarily represents consumers and businesses as debtors and debtors-in-
possession in Chapters 7, 11, and 13. Has filed over 6,000 bankruptcy cases.

| | |
|---|---|
| 1993 – Present | THE TUROCI FIRM<br>Riverside, California<br>Principal Attorney<br>Extensive experience representing debtors, creditors, and third parties in thousands of Chapter 7, 11, and 13 proceedings. |
| 1992 – 1993 | DEPUTY DISTRICT ATTORNEY FOR SAN BERNARDINO COUNTY |
| 1989 - 1992 | U.S. MARINE CORPS - Captain |

## ACTIVITIES AND ASSOCIATIONS

**Board Member and Newsletter Editor / Chair**, CDCBAA
**Judge Pro Tem**, Small Claims/Unlawful Detainers
**Hearing Officer**, Mojave Desert Air Quality Management District
**President and Member**, Board of Trustees of the Hesperia Unified School District
**President and Member**, Hesperia Planning Commission
**President and Member**, Hesperia Kiwanis
**Vice-President**, Hesperia Chamber of Commerce
**Founding Member**, Board of Directors of the San Bernardino County Barrister's Association
**Member**, Inland Empire Bankruptcy Forum
**Member**, Riverside Sunrise Rotary Club
**Member**, Victorville Rotary Club
**School Site Counsel**, Hesperia Unified School District
Hesperia Economic Development Advisory Committee
**Board of Directors**, High Desert Opportunity
Mock Trial Coach
LA Bankruptcy Forum
Riverside County Bar Association
American Bankruptcy Institute
National Association of Consumer Bankruptcy Attorneys

## AREA SERVED

Services the entire Southern California area, with the majority of cases being in the Central District of California, Riverside and Los Angeles branch courts. Other areas of practice have included civil litigation, real estate, collections, personal injury and medical malpractice.

# Exhibit 2

# THE TUROCI FIRM

3845 Tenth Street
Riverside, California 92501
Tel: 951-784-1678 ∎ Fax: 866-762-0618

THE TUROCI FIRM (the "Firm") is owned and operated by Todd Turoci. The Firm limits its practice to the field of bankruptcy, insolvency, workouts, and related civil litigation matters. The Firm has offices in the counties of Riverside, Los Angeles, and San Bernardino. The Firm represents consumers and businesses as debtors and debtors-in-possession in Chapters 7, 11, 12, and 13, in addition to representing Chapter 7 trustees.

## THE FIRM'S ATTORNEYS

**Todd Turoci – _Principal Attorney_:** certified by the State Bar of California as a specialist in Bankruptcy Law, 2016; certified by the American Board of Certification as a specialist in Business Bankruptcy Law, 2018; admitted to the State Bar of California, 1992; Central District of California, 1993; Southern District of California, 1995; and Eastern District of California, 1995.   University of the Pacific, McGeorge School of Law, Sacramento, CA (J.D. 1992). Webster University, St. Louis, MO (M.A. Business 1988). California State University, San Bernardino, CA (B.A. Economics 1985).

Mr. Turoci has focused on bankruptcy law for well over 20 years.   He has assisted thousands of debtors, creditors, and trustees in virtually all aspects of bankruptcy law including involuntary cases and adversary proceedings. He currently serves as the Newsletter Committee Chair of the Central District Consumer Bankruptcy Attorney Association.

**Hon. Meredith Jury (Ret.) – _Of Counsel_:** admitted to the State Bar of California, 1976; (Ret.) Bankruptcy Judge, United States Bankruptcy Court, Central District of California, 1997-2018; University of California, Los Angeles School of Law, Los Angeles, CA (J.D. 1976). University of Wisconsin, Madison, WI (M.S. English Education 1972). University of Wisconsin, Madison, WI (M.A. Economics 1971). University of Colorado, Boulder, CO (B.A. English 1969).

Judge Jury joined the Firm in July 2018. She served over 20 years as a Bankruptcy Judge presiding over thousands of bankruptcy proceedings. She has also served as a member of the Bankruptcy Appellate Panel for the Ninth Circuit. Prior to taking the bench she had over 21 years of experience as a litigator primarily practicing in bankruptcy. She was the first female associate and partner at Best, Best, & Krieger, in Riverside, California. She now actively serves her community with extensive _pro bono_ work.

**Julie Philippi - _Senior Associate Attorney_:** certified by the American Board of Certification as a specialist in Consumer Bankruptcy Law, 2018; certified by State Bar of California, 2018; admitted to the State Bar of California, 1993; Central District of California, 1993; Southern District of California, 1995; Northern District of California, 1995; and Eastern District of California, 1995. University of California, Berkeley – Boalt Hall School of Law, Berkeley, CA (J.D. 1993). University of South Carolina, Columbia, SC (B.A. International Studies 1987).

Ms. Philippi joined the Firm in April 2016. She has represented thousands of debtors in her consumer practice. She has previously served as a staff attorney to the Chapter 13 Trustee; she has founded two private law firms; and she is a past president of the Inland Empire Bankruptcy Forum. Ms. Philippi was an extern for the Honorable Robert Timlin at the California Court of Appeal, Fourth District, Division Two in 1992.

**Dustin Nirschl – _Associate Attorney_:** admitted to the State Bar of California, Central District of California, 2019. University of California, Irvine School of Law (J.D. 2018). University of Colorado, Boulder, CO (B.A. 2012).

Mr. Nirschl joined the Firm in July 2019. As a law student he was an extern for the Honorable Scott C. Clarkson of the United States Bankruptcy Court, Santa Ana Division in 2017. He also served as an extern for the City Attorney's Office of Newport Beach, CA in 2017. Mr. Nirschl has been an active member of the Green Ribbon Environmental Committee since 2016, he is currently the Planning Commissioner for the committee.

**Celine Gaston – _Associate Attorney_:** admitted to the State Bar of California, 2013; Central District of California, 2016. Roger Williams University School of Law, Bristol, RI (J.D. 2012). Loyola University, New Orleans, LA (B.A. 2008).

Ms. Gaston joined the Firm in December 2017. She has founded a private law firm, managed a successful law firm while serving as an associate, and actively serves her community with extensive _pro bono_ work. Ms. Gaston was an extern for Chief Justice Paul Suttell of the Rhode Island Supreme Court in 2012 and served as a law clerk at the U.S. Attorney's office for the District of Rhode Island in 2010.

**Jeffrey Balsz – _Associate Attorney_:** admitted to the State Bar of California, 2009; Central District of California, 2019. University of San Diego School of Law, San Diego, CA (LLM Taxation 2009) Lewis and Clark School, Portland, OR (Tax Certificate 2008), University of California, Berkeley, CA (B.A. 2005).

Mr. Balsz joined the Firm in June 2019. He has founded a private law firm, which he managed for over a decade, and has been successful in negotiating numerous settlements with the IRS and Franchise Tax Board. In conjunction with his employment at the firm he actively serves his community with extensive _pro bono_ work and is the Senior Adjunct Professor at the University of La Verne, where he currently teaches Introduction to Accounting Ethics. Mr. Balsz has also worked as an Adjunct Professor at Azusa Pacific University.

## THE FIRM'S PARAPROFESSIONALS

**Dana Cormey - *Law Clerk*:** Ms. Cormey has over 14 years of bankruptcy experience in Chapters 7, 11, and 13. Ms. Cormey originally joined the Firm in 2008. Southern California Law School, Riverside, CA (J.D. 2018). California State University, San Bernardino, CA (B.A. 2004). California State University, San Bernardino (Paralegal Certificate 2004).

**Treashal Kapadia – *Law Clerk*:** Ms. Kapadia has over 5 years of experience in civil litigation. Ms. Kapadia joined the Firm in June 2018. Suffolk University Law School, Boston, MA (J.D. 2013). University of California-Irvine, Irvine, CA (B.A. 2009).

**Daisy Diaz - *Senior Paralegal*:** Ms. Diaz is a senior paralegal with over 11 years of experience in Chapters 7, 11, and 13. Ms. Diaz joined the Firm in October 2011. Riverside City College, Riverside, CA (Paralegal Certificate in progress). University of California, Riverside, CA (B.A. in progress).

**Adela Salgado - *Paralegal*:** Ms. Salgado joined the Firm in April 2016. Riverside City College, Riverside, CA (A.A. 2016).

**Gene Ruffin - *Paralegal*:** Ms. Ruffin joined the Firm in January 2018. Riverside City College, Riverside, CA (A.A. 2016). University of California, Berkeley, CA (B.A. in progress).

## SIGNIFICANT CASES

*In re American Publishing Corp.,* 6:99-bk-13768, chapter 11. This publishing company had a significant number of creditors, a large amount of debt, and annual sales exceeding $17 million. A plan of reorganization was confirmed on February 25, 2000.

*In re DiCarlo,* 6:99-bk-12227, chapter 11. The individuals' estate consisted primarily of real estate with significant equity but subject to judicial foreclosure. The debtors were able to reorganize and utilize a tax-deferred 1031 exchange to enable debt repayment while preserving equity. Plan confirmed on June 13, 2000.

*In re Cooks,* 6:02-bk-27954, chapter 11. The individual's estate consisted of more than 50 parcels of real property. The Chapter 11 case allowed debtor time and relief to take advantage of a rising real estate market and successfully sell certain properties. He was able to pay his creditors in full without the need for a confirmed plan of reorganization.

*In re Dansereau Health Products, Inc.,* 6:03-bk-10732, chapter 11. This large dental equipment manufacturing company found itself unable to pay its creditors and faced having to close its doors and terminate its employees because of a significant decline in business after September 11, 2001. After intense litigation and negotiation, a successful plan of reorganization was implemented and over 40 employees were able to retain their jobs. Plan confirmed on January 21, 2004.

*In re DeGour*, 6:11-bk-30010, chapter 12 converted to chapter 7. The individuals filed a chapter 12 petition to protect their horse-breeding ranch. The case involved issues of first impression regarding income qualification for chapter 12 debtors, resulting in a published opinion.

*In re Coleman-Marshall, Inc.*, 6:11-bk-45464, chapter 12. The avocado orchard was able to successfully reorganize under chapter 12. A reorganization plan was confirmed on August 24, 2012. Debtor's discharge was entered on March 2, 2016.

*In re Noble*, 6:12-bk-38356, chapter 12. The individual farmers were able to successfully relocate their farm, which includes vegetables, fruit, cattle, chicken, and pigs, while remaining operational. Plan confirmed on March 28, 2015. Debtors' discharge was entered on June 25, 2019.

*In re BSA International Aerospace Co.*, 6:15-bk-18644, chapter 11. This company provided engineering and manufacturing services to the aerospace industry. A joint plan of reorganization was confirmed on June 22, 2016.

*In re Coleman*, 6:15-bk-20306, chapter 11. Individual debtors with significant mortgage and tax debt. A plan of reorganization was confirmed on November 04, 2016.

*In re B & B Family, Incorporated*, 6:16-bk-19993, chapter 11. Debtor operates an Oggi's Pizza franchise, which was historically profitable but had some internal setbacks, including substantial tax and secured debt. The filing provided time and relief to reorganize. A reorganization plan was confirmed on November 14, 2017.

*Redmond v. Fracasse*, 6:17-ap-01024. Successful prosecution of overly zealous creditor that involved reversing a judicial foreclosure sale, amending an order for relief from stay, enjoining an eviction based on the void judicial foreclosure sale, and a substantial fee award. The results were affirmed on appeal.

*In re Lewis*, 6:17-bk-13018, chapter 7, and *Speier v. Glackin*, 6:17-ap-01167. Represented chapter 7 trustee in asset case, including successful litigation to avoid fraudulent transfers and for turnover of estate property.

*In re Auto Strap Transport, LLC*, 6:17-bk-19936, chapter 11. Debtor operated a large auto transport company throughout the continental United States, with three locations and approximately 80 tractor/trailer sets and $20 million in annual revenue. The filing provided this company with the opportunity for reorganization. A sale of substantially all assets was approved.

*In re CompCare Medical, Inc.*, 6:18-bk-12748, chapter 11. This medical practice underwent significant internal changes due to an abrupt loss of employees. Filing this case allowed debtor time and relief to successfully reorganize. The plan of reorganization was confirmed on October 02, 2018.

*In re Corp Realty USA, LLC.,* 9:18-bk-10741, chapter 11. This case involved the hotly contested value of a unique luxury property in Malibu, California. Orders granting relief from stay were appealed. The debtor was able to successfully cure all mortgage arrears without the need for a confirmed plan of reorganization.

*In re Investment Group, LLC,* 6:18-bk-17175, chapter 11. This case involves two parcels of commercial property, suspicious deeds of trust, and a motion to value the real property to extinguish junior liens. Confirmation pending.

*In re Barlow,* 6:14-bk-16872, chapter 7, and *Whitmore v. E\*Trade,* 6:17-ap-01021. Represent chapter 7 trustee in an asset case, successfully litigating turnover of property of the estate.

*In re Cornejo,* 6:16-bk-14073, chapter 7, and *Whitmore v. Rodriguez,* 6:16-ap-01244. Represent chapter 7 trustee in fraudulent conveyance action. Resolution of the case resulted in a 100% payment to all creditors.

# Exhibit 3



# *The Turoci Firm*

3845 Tenth Street
Riverside, CA 92501

Todd Turoci
Julie Philippi
Dustin Nirschl

Hon. Meredith Jury (Ret.)
Of Counsel
Telephone: 951-784-1678
Facsimile:  866-762-0618
mail@theturocifirm.com

July 16, 2019

Ashley Aarons
Hand Delivered

## STANDARD CHAPTER 11 RETAINER AGREEMENT

Dear Ms. Aarons:

Please accept this letter as confirmation that you have retained The Turoci Firm (the "Firm") to represent you in a Chapter 11 bankruptcy filing.  This agreement is effective on the date the Firm first provided legal services on your behalf or the date set forth above whichever is later.

The Firm will act as your reorganization/liquidation counsel, and, in such connection, will render such ordinary and necessary legal services as may be required in connection with the Chapter 11 bankruptcy filing.  This includes assisting you in analyzing your financial situation; providing you with information regarding the potential benefits and detriments of a bankruptcy filing; preparing and filing the voluntary petition, schedules, statement of financial affairs, and the other papers required to be filed to commence a bankruptcy case; advising you with respect to matters concerning executory contracts and leases, cash collateral, creditors' claims and negotiation; assisting in the preparation and confirmation of a chapter 11 plan of reorganization; representation in litigation in the bankruptcy court, limited to bankruptcy law issues; and otherwise providing advice regarding legal rights and responsibilities under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

In the event you desire the Firm to perform legal services other than as described above, you will advise us of such services, and if the Firm agrees to undertake the representation, a further retainer letter may be drafted and signed before the additional services are undertaken.  In the event an additional agreement is not signed, this agreement will cover those services.

Be aware that we represent you in your capacity as debtor-in-possession of the bankruptcy estate and not as anything else.

Our current hourly rates for attorney and paralegal time vary depending upon the education and experience level of the individual performing the services. The hourly rates of our professional staff range from $175 per hour to $500 per hour. We keep track of our time in tenths of an hour. **You shall be charged for all time incurred by our attorneys and paralegals in handling the case. This includes but is not limited to time spent on or in consultations, appointments, telephone calls, emails, other correspondence, research, drafting, travel time, and court time.**

Costs are added when our office advances or incurs expenses. We charge for long distance calls, messengers, and parking at cost. Other common expenses are billed as follows: photocopying at twenty cents ($.20) per page and mileage at the standard IRS rate.

We must receive an executed copy of this agreement before we will file your bankruptcy petition. We have requested a $25,000 retainer (the "Retainer"), which you are paying today. The Retainer will be deposited into our client trust account to be applied in satisfaction of the fees and costs incurred before filing the petition. The remainder of the Retainer, if any, shall remain in the trust account to be drawn down as allowed by the bankruptcy court. The total cost of this Chapter 11 case will exceed the Retainer depending on how complex and litigious the case becomes. Fees in simple cases with little to no conflict can easily reach $40,000 - $50,000. If a case is more complex or there is conflict with creditors, the fees can be substantially higher. We expect the fees in your case to be quite high given the issues we currently know about.

The parties hereto expressly understand and agree that following the filing of the bankruptcy petition, all fees and costs incurred by the Firm for this matter will be subject to review and approval by the bankruptcy court and will be paid from the bankruptcy estate of debtor. The parties agree to cooperate with one another to not unreasonably delay the presentation of any of the Firm's invoices to the bankruptcy court and to use reasonable efforts to seek prompt approval from the bankruptcy court to permit timely payment of the Firm's invoices.

If your Chapter 11 case is ultimately dismissed for any reason, you will still owe the fees charged by the Firm up to that date. Similarly, if you choose to replace us with other counsel or we withdraw from representation, you will be responsible for the fees incurred up to that date.

Either party may request that this agreement be terminated at any time, however, the Firm may not terminate this agreement without just cause or except as provided by the Professional Rules of Conduct for attorneys. If you desire to retain another attorney, we agree to cooperate with anyone you choose to implement an orderly transition. This office will be entitled to fees and reimbursement of costs as provided by this agreement for the transition work. If we want to stop representing you due to reasonable cause, we will give you up to thirty days' notice to retain another attorney. At the end of that time, you agree to sign a form that will relieve us as your attorneys. The new attorneys can take over from that point.

Please sign the original copy of this letter of agreement to indicate that you have read and understood its contents and return it to the Firm. **We assume, and it is expected, that you will ask any questions that you may have before signing it.**

While we cannot guarantee results or make representations as to our results, we do guarantee our customer service. If at any time you do not feel that our response to you is as prompt as you feel that it should be or if you do not understand any aspect of your case, please let us know, and we will promptly schedule a meeting or telephone conference to ensure you are clear on each and every issue in the case.

As always, please do not hesitate to contact us with any questions.

Very truly yours,

THE TUROCI FIRM
Todd Turoci

I have read and understand the terms of this letter agreement, accept and agree to abide by the terms of this agreement and/or to perform my obligations under this agreement.

Dated: 7/16/19

Ashley Aarons

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| THE TUROCI FIRM<br>Todd Turoci (State Bar No. 160059)<br>Julie Philippi (State Bar No. 166108)<br>3845 Tenth Street<br>Riverside, CA 92501<br>Telephone: (888) 332-8362<br>Facsimile: (866) 762-0618<br>mail@theturocifirm.com<br><br>*Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>ASHLEY SUSAN AARONS,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-18316-NB<br>CHAPTER: 11<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br>[No Hearing Required] |
|---|---|

1.  Name, address and telephone number of the professional (Professional) submitting this Statement:

    The Turoci Firm
    Todd Turoci
    3845 Tenth Street, Riverside, CA 92501
    (888) 332-8362

2.  The services to be rendered by the Professional in this case are *(specify)*:
    To advise and assist Debtor with respect to comlpiance with the requirements of the United States Trustee, advise Debtor regarding matters of bankruptcy law, to represent or assist Debtor in any proceedings or hearings in the bankruptcy court, advise and assist Debtor with respect to her powers and duties in the management of property of the estate, advise and assist Debtor in the administration of the estate's assets and liabilities, and to take such other actions and perform such other services as may be required in this Chapter 11 case.

3.  The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

    Post-petition feed will be paid only after court approvak of an appropriate fee application submitted pursuant to 11 U.S.C. sections 330 and 331.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 2014-1.STMT.DISINTEREST.PROF**

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
The Firm has complied with the Guide to Application for Retainers and Professional and Insider Compensation promulgated by the Office of the United States Trustee, as well as any other applicable employment guidelines and fee guidelines in regards to the nature and terms of the retainer.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
The Firm is a disinterested person within the meaning of 11 U.S.C. section 101(14). The Firm is not a creditor, equity security holder, or insider of the Debtor.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
N/A

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:
N/A

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
N/A

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
Todd Turoci
3845 Tenth Street
Riverside, CA 92501
(888) 332-8362
Principal Attorney

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 2                          **F 2014-1.STMT.DISINTEREST.PROF**

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

N/A

12. Total number of attached pages of supporting documentation: _____

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

7 | 25 | 19          Todd Turoci                                                    
Date                Printed Name                                Signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                          Page 3                          F 2014-1.STMT.DISINTEREST.PROF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3845 Tenth Street
Riverside, CA 92501

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL [11 U.S.C. § 327(a), LBR 2014-1];  AND TO FILE INTERIM FEE APPLICATIONS USING LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___07/25/2019___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) ___07/25/2019___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 7/25/19 | Adela Salgado | |
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## Served via NEF:

- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Susan I Montgomery**    susan@simontgomerylaw.com,
  assistant@simontgomerylaw.com;simontgomerylawecf@gmail.com;montgomerysr71631@notify.
  bestcase.com
- **Eric Ridley**    ridley.eric@gmail.com, r41626@notify.bestcase.com
- **Valerie Smith**    claims@recoverycorp.com
- **Todd L Turoci**    mail@theturocifirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com


## Served by United States Mail, Certified Mail or Overnight Mail

Debtor
Ashley Susan Aarons
984 Bel Air Road
Los Angeles, CA 90077-3010

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

## Secured Creditors for Sweetzer Property

First Lienholder
Alliance Portfolio Private Equity Finance, Inc
Attn: James Perry, agent for service of process
120 Vantis, Ste 515
Aliso Viejo, CA 92656-2679

Second Lienholder
Shiv Raj Gupta
Merit One Lending Inc
1443 E Washington Blvd #182
Pasadena, CA 91104-2650

Incorp Services C2294569
STEVEN PICKETT, agent for service of process
c/o Merit One Lending, Inc.
5716 CORSA AVE. SUITE 110
WESTLAKE VILLAGE CA 91362

Third and Fourth Lienholder
Deanna D Egidio
5502 Wellesley Dr.
Calabasas, CA 91302-3110

Fifth & Tenth Lienholder
Complete Business Solutions Grp
RAYMOND MONCLAR, agent for service of process
3605 LONG BEACH
LONG BEACH CA 90807

Complete Business Solutions Grp
35453-B, Dumbarton Ct.
Newark, CA 94560-1100

Sixth Lienholder
(FDIC) Sent Certified: 70112000000115563550
Gregory Garrabrants,
President and CEO
Axos Bank Headquarters
4350 La Jolla Village Dr., Ste 140
San Diego, CA 92122-1244

World Business Lenders, LLC
Servicer for Axos Bank
101 Hudson Street, 33rd Fl
Jersey City, NJ 07302-3905

Seventh & Eighth Lienholder
Michelle LAMORIE
11942 Freeman Ave
Hawthorne, CA 90250-3129

Michelle LAMORIE
727 West 131st Street
Gardena, CA 90247-1709

Ninth Lienholder
Amir Abraham Milani
8721 Santa Monica Blvd. #443
West Hollywood, CA 90069-4507

Eleventh Lienholder
Western Star Financial
Mark Ward, agent for service of process
3845 10th Street
Riverside, CA 92501-3519

## Secured Creditors for Bel Air Property

First Lienholder
Patch of Land Lndg LLC
Headquarters
15000 Ventura Blvd., Ste 300
Sherman Oaks, CA 91403-2443

CSC Lawyers Inc., Srv, agent for service of process
c/o Patch of Land Lndg LLC
15000 VENTURA BLVD., SUITE 202
SHERMAN OAKS CA 91403

FCI Lender Services, Inc.
c/o Patch of Land Lndg LLC
PO Box 27370
Anaheim, CA 92809-0112

Second Lienholder
James Haycock as Trustee of a
Separate Trust
3329 E. Bayaud Ave., 704
Denver, CO 80209-3368

## 20 Largest Unsecured Creditors

Al Hummer
9400 Fairway View Place #1215
Rancho Cucamonga, CA 91730-0938

Andrea Friedlander
1167 S Hayworth Ave
Los Angeles, CA 90035-2603

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Cashcall Inc
1 CITY BOULEVARD WEST
SUITE 1000
ORANGE CA 92868-3611

Citibank / Sears
Citibank Corp/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Community Choice Financial
Attn: Bankruptcy
6785 Bobcat Way
Dublin, OH 43016-1443

Discover Personal Loan
Attn: Bankruptcy
Po Box 30954
Salt Lake City, UT 84130-0954

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Funding Zone
75 Maiden Lane, Ste 203
New York, NY 10038-4810

Justin Bonesteel
267 Wesley Ave
Ventura, CA 93003-3424

LoanMe, Inc.
Attn: Bankruptcy
1900 S State College Blvd
Anaheim, CA 92806-0101

Oportun
Attn: Bankruptcy
Po Box 4085
Menlo Park, CA 94026-4085

Prompt Capital Funding LLC
3041
Ave U 1st Floor
Brooklyn, NY 11229

Raul Santana Rodriguez
2141 Norma Court
Oxnard, CA 93036-2236

Regal Capital Inc
125 Ave T
Brooklyn, NY 11223

Westlake Financial Services
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

Yellowstone Capital West, LLC
116 Nassau Street, Ste 804
New York, NY 10038-2481

Yes Funding Services, LLC
E Advance Services, LLC
122 E 42nd Street #2112 New York, NY 10168-2100

Yes Funding Services, LLC
E Advance Services, LLC
122 E 42nd Street #2112 New York, NY 10168-2100

All Other Creditors & Parties in Interest

Robert P Goe
Goe & Forsythe, LLP
18101 Von Karman Avenue Suite 1200
Irvine, CA 92612-7119

Axcess Financial
7755 Montogomery Road
Suite 400
Cincinnati, OH 45236-4197

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197-0002

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 3952
Sacramento, CA 95812-2952

Internal Revenue Service
Official Noticing Address for BK
POB 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

Majestic Ventures, LLC
dba VacationHomes365.com
Steven J Bench, Registered Agent
4137 South 5000 West
Salt Lake City, UT 84123

RISE Credit
Attn: Bankruptcy
Po Box 101808
Fort Worth, TX 76185-1808

Yellowstone Capital West, LLC.
30 Broad Street, 14th Floor
Suite 1462
New York, NY 10004-2906