**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone (888) 332-8362
Facsimile (866) 762-0618
mail@theturocifirm.com
Proposed Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

ASHLEY AARONS,

Debtor and Debtor in Possession.

) Chapter 11
) Case No. 2:19-bk-18316-NB
)
) **SUPPLEMENT TO MOTION FOR**
) **AUTHORITY TO EMPLOY THE TUROCI**
) **FIRM AS GENERAL BANKRUPTCY**
) **COUNSEL AND DECLARATIONS OF**
) **ASHLEY AARONS AND TODD TUROCI**
) **IN SUPPORT THEREOF**
)
) [11 U.S.C. § 330 and LBR 2014-1]
)
) [No Hearing Required]

TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; and other parties-in interest:

Applicant The Turoci Firm hereby submits the following supplement in support of its Motion to Employ The Turoci Firm to clarify the source of the funds which Debtor, Ashley Aarons ("Debtor"), used to pay the retainer and costs.

1

Debtor's real property located at 336 N Sweetzer Avenue, Los Angeles, California 90048 ("Sweetzer") was scheduled to be sold at a foreclosure sale on July 17, 2019. In an effort to save her property from foreclosure, the Debtor met with several bankruptcy attorneys but could not find one to take her case because she did not have any money to pay a retainer and costs. See Declaration of Ashley Aarons. Debtor met with Todd Turoci of The Turoci Firm (the "Firm") on July 15, 2019 who agreed to represent her in the instant chapter 11 case. The Firm arranged a loan between Debtor and Western Star Financial, Inc. ("WSF") in the amount of $25,000. See Declaration of Todd Turoci. On July 16, 2019, Debtor executed a note and deed of trust. The deed of trust was recorded on July 16, 2019 at the Los Angeles County Recorder's office and is cross-collateralized on both of Debtor's properties, Sweetzer and 984 Bel Air Road, Los Angeles, California 90077.

Todd Turoci is the sole owner of both the Firm and WSF. This relationship between the Firm and WSF was disclosed to Debtor in a writing signed by the Debtor. The loan between WSF and Debtor was treated as a business transaction and was also disclosed to Debtor in a writing signed by her. See Aarons Declaration. Additionally, Debtor was urged to seek independent legal counsel regarding the business transaction.

Although the Firm is not a creditor in Debtor's case, WSF is a creditor. Because Todd Turoci is the sole owner of both entities, the Firm is providing this supplement to ensure transparency and seek guidance as to how to proceed.

Respectfully submitted,

Dated: 8/7/19

Todd Turoci
Proposed Attorney for Debtor in Possession

2

# **DECLARATION OF TODD TUROCI**

I, Todd Turoci, declare and state:

1. I am the proposed counsel for Debtor Ashley Aarons and principal of The Turoci Firm and have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

2. I am the sole owner of both The Turoci Firm ("Firm") and Western Star Financial, Inc. ("WSF").

3. On July 15, 2019, I met with Ashley Aarons ("Debtor") who was searching for a bankruptcy attorney to represent her in an individual chapter 11 case. Debtor did not have any money to pay a retainer or costs.

4. I arranged a loan between Debtor and WSF. Debtor was provided an opportunity to obtain independent counsel regarding the transaction. The business transaction is disclosed in a writing signed by the Debtor.

5. On July 16, 2019, WSF lent Debtor $25,000 by executing a note and deed of trust. The deed of trust was recorded on July 16, 2019 at the Los Angeles County Recorder's Office and is cross-collateralized on both of Debtor's properties located at 336 N Sweetzer Avenue, Los Angeles, California 90048 and 984 Bel Air Road, Los Angeles, California 90077.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___7___ day of August, 2019 at _Riverside_, California.



Todd Turoci

# DECLARATION OF ASHLEY AARONS

I, Ashley Aarons, declare and state as follows:

1. I am the debtor herein and have personal knowledge of the facts stated herein and if called upon as a witness, I could and would competently testify thereto.
2. My property located at 336 N Sweetzer Avenue, Los Angeles, California 90048 ("Sweetzer") was scheduled to be sold at a foreclosure sale on July 17, 2019.
3. On June 11, 2019, I filed a chapter 13, case number 2:19-bk-16825-NB, pro se. I did not know what I was doing. The case was dismissed on July 3, 2019.
4. In an effort to save Sweetzer from foreclosure, I met with several attorneys but could not find one to take my case because I did not have the funds to pay a retainer or costs. I attempted to borrow money by applying for a bridge loan from several lenders but was unsuccessful.
5. On July 15, 2019, I met with Todd Turoci of The Turoci Firm ("Firm") who agreed to represent me.
6. The Firm arraigned a loan for me from Western Star Financial, Inc. ("WSF"). I am aware that Todd Turoci is the sole owner of both the Firm and WSF.
7. On July 15, 2019, I was provided written disclosure of this transaction and an opportunity to obtain independent counsel regarding this transaction. I believe the terms are fair and reasonable.
8. I borrowed $25,000 from Western Star Financial, Inc. ("WSF") by executing a note and deed of trust. The deed of trust was recorded on July 16, 2019 and is cross-collateralized on both Sweetzer and 984 Bel Air Road, Los Angeles, California 90077.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of August, 2019 at Costa Mesa, California.

*(signed)*
Ashley Aarons

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENT TO MOTION TO EMPLOY THE TUROCI FIRM AS GENERAL BANKRUPTCY COUNSEL AND DECLARATIONS OF ASHLEY AARONS AND TODD TUROCI IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/7/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Dare Law**  dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Susan I Montgomery**  susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawccf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- **Eric Ridley**  ridley.eric@gmail.com, r41626@notify.bestcase.com
- **Joshua L Scheer**  jscheer@scheerlawgroup.com
- **Valerie Smith**  claims@recoverycorp.com
- **Todd L Turoci**  mail@theturocifirm.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**  Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Reilly D Wilkinson**  rwilkinson@scheerlawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **8/7/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/7/2019 | Dana Cormey | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE