**THE TUROCI FIRM**
Todd Turoci (State Bar No. 160059)
Julie Philippi (State Bar No. 166108)
3845 Tenth Street
Riverside, CA 92501
Telephone (888) 332-8362
Facsimile (866) 762-0618
mail@theturocifirm.com
Proposed Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

ASHLEY AARONS,

      Debtor and Debtor in Possession.

Chapter 11
Case No. 2:19-bk-18316-NB

**RESPONSE TO OBJECTION TO MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY THE TUROCI FIRM AS GENERAL BANKRUPTCY COUNSEL FILED BY UNITED STATES TRUSTEE [Doc. No. 30] AND DECLARATION OF TODD TUROCI IN SUPPORT THEREOF**

**Hearing:**
**DATE: 9/10/2019**
**TIME: 1:00 p.m.**
**CTRM: 1545**
    **US Bankruptcy Court**
    **255 East Temple Street**
    **Los Angeles, CA 90012**

///

///

1

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE;
THE OFFICE OF THE UNITED STATES TRUSTEE; and other parties-in-interest:**

Applicant The Turoci Firm hereby submits the following response to the United States Trustee's Objection to Approval for Order Authorizing Debtor in Possession to Employ The Turoci Firm as General Bankruptcy Counsel (Doc. No. 23) and Supplement (Doc No. 28) filed on August 8, 2019 as Docket No. 30.

Debtor came to The Turoci Firm (the "Firm") seeking legal assistance at a time when no other options were available to her. Debtor had consulted with other law firms but could not find an attorney willing to take her case because she had no money for a retainer. Due to the urgency of her situation, the only possible way she could "pay" a retainer was to offer a deed of trust on her properties. The Firm arranged a loan between Debtor and Western Star Financial, Inc. ("WSF") in the amount of $25,000. Attached hereto as Exhibit 1 is a true and correct copy of the Note and Deed of Trust. As noted by the United States Trustee, the fact that Todd Turoci is a principal of both The Firm and WSF creates – at the very least, an appearance of impropriety.

In an effort to remove any actual or potential conflict WSF has sold the note to Forward Horizons, Inc., an unrelated party, for $20,000. Attached hereto as Exhibit 2 is a true and correct copy of the check from Forward Horizons, Inc. and the recorded Assignment of the Deed of Trust.

Based on the sale of the note and deed of trust, neither WSF, Turoci, nor the Firm have an interest materially adverse to the interest of the estate. The Firm is not, nor ever was, a creditor and has no other connection to the Debtor. The Debtor does not owe the Firm any money pre-petition. The Debtor does not owe WSF any money. In compliance with 11 U.S.C. section 327, the Firm believes it is a disinterested person as defined in 11 U.S.C. section 101(14) and 101(10) and has no interests materially adverse to the estate.

In the event that the Court does not approve the Firm's motion for authority to be employed as Debtor's general bankruptcy counsel, the Firm requests that it be allowed fees and costs incurred up to this point.

///

2

1

Respectfully submitted,

2

Dated:

3

8-15-19

Todd Turoci

4

Proposed Attorney for Debtor in
Possession, Ashley Aarons

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

28

# **DECLARATION OF TODD TUROCI**

I, Todd Turoci, declare and state:

1. I am the proposed counsel for Debtor Ashley Aarons and principal of both The Turoci Firm (the "Firm") and Western Star Financial, Inc. ("WSF"). I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.

2. I met with Ashley Aarons ("Debtor") who was searching for a bankruptcy attorney to represent her in an individual chapter 11 case. Debtor came to the Firm seeking legal assistance at a time when no other options were available to her. Debtor had consulted with other law firms but could not find an attorney willing to take her case because she had no money for a retainer. Due to the urgency of her situation, the only possible way she could "pay" a retainer was to offer a deed of trust on her properties. The Firm arranged a loan between Debtor and Western Star Financial, Inc. ("WSF").

3. Attached hereto as Exhibit 1 is a true and correct copy of the executed Note and recorded Deed of Trust.

4. In order to resolve any appearance of impropriety, WSF sold the note to Forward Horizons, Inc., an unrelated party, for $20,000.

5. I, nor the firm, nor anyone that I or the firm are related to, have any ownership or financial interest in Forward Horizons, Inc.

6. Attached hereto as Exhibit 2 is a true and correct copy of the check WSF received from Forward Horizons, Inc. and the recorded Assignment of the Deed of Trust.

7. Based on the sale of the note and deed of trust, neither WSF, the Firm, nor I have an interest materially adverse to the interest of the estate.

8. The Firm is not, nor ever was a creditor and has no other connection to the Debtor. The Debtor does not owe the Firm any money pre-petition. The Debtor does not owe WSF any money.

9. I believe the Firm is a disinterested person and has no interests materially adverse to the estate.

1      I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct. Executed this _25_ day of August, 2019 at _Riverside_,

3  California.

4

5                      Todd Turoci

# Exhibit 1

DO NOT DESTROY THIS NOTE: When paid, said original note, together with the Deed of Trust securing same, must be surrendered to Trustee for cancellation before reconveyance will be made.

## NOTE SECURED BY DEED OF TRUST

1. For value received, Ashley S. Aarons, Trustee of the Ashley S. Aarons 2015 Trust Dated May 15, 2015 (hereinafter, "Promisor") promise to pay to the order of Western Star Financial, Inc., at 3845 Tenth Street, Riverside, California (hereinafter, "Promisee"), the ORIGINAL AMOUNT of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00); with payment IN FULL within one year; and with interest at the rate of 10% per annum, from the date this Note is signed until the date it is due, plus any other FUTURE AMOUNTS which may be advanced (loaned) to Promisor by Promisee, as required to pay additional attorney fees and cost or property expenses such as property taxes, insurance, or other sums for the protection and preservation of the property securing this note.

2. Promisor agrees that this Note shall be paid in full, which shall include the principal and all interest, on the date of July 16, 2020, or upon the sale or refinance or transfer of the property **APN: 4370-027-008** located at **984 Bel Air Road, Los Angeles, California 90077** or **APN: 5514-009-034** located at **336 N Sweetzer Avenue, Los Angeles, California 90048** or upon Promisor vacating the property, whichever occurs first.

3. If Promisor fails to pay this Note on the due date, Promisor agrees to pay any and all costs and attorney's fees incurred by Promisee acting to collect on this Note.

4. Promisor agrees that until this Note is paid in full, this note shall be secured by a deed of trust recorded against **APN: 4370-027-008** located at **984 Bel Air Road, Los Angeles, California 90077** and **APN: 5514-009-034** located at **336 N Sweetzer Avenue, Los Angeles, California 90048**, executed on the date this Note is signed, and recorded in the Official Records of Los Angeles County, California.

5. In the event that Promisee accepts any installment on the amount owing on this Note, Promisee's acceptance of such installment will have no effect on the promises made in this Note. Any accepted installments shall be first credited toward interest on this Note, then to principal.

Date: _July 16_, 2019

_Ashley S. Aarons_
Ashley S. Aarons, Trustee of The Ashley S. Aarons
2015 Trust Dated May 15, 2015
Address: 2029 Baltra Place
Costa Mesa, CA 92626

**DO NOT DESTROY THIS NOTE**



**This page is part of your document - DO NOT DISCARD**



## 20190690920

Pages:
0008

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/16/19 AT 03:31PM**

| | |
|---|---|
| FEES: | 65.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 150.00 |
| PAID: | 215.00 |



L E A D S H E E T



201907163280024

00016873293



009969504

**SEQ:**
01

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E534321

RECORDING REQUESTED BY

Dana Cormey

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME  The Turoci Firm

STREET ADDRESS

3845 Tenth Street

CITY, STATE &
ZIP CODE

Riverside, CA 92501

07/16/2019

"20190690920"

**SPACE ABOVE FOR RECORDER'S USE ONLY**

APN: 4370-027-008 and APN: 5514-009-034

## Short Form Deed of Trust and Assignment of Rents

**Title of Document**

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.**

☐ **Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.**

☐ **Exempt from the fee per GC 27388.1 (a) (1); not related to real property.**

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)**

RECORDING REQUESTED BY:
**THE TUROCI FIRM**

WHEN RECORDED MAIL TO:
**3845 Tenth Street**
**Riverside, CA 92501**

ORDER NO.
ESCROW NO.                                    SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

APN: 4370-027-008 and APN: 5514-009-034

**This Deed of Trust**, made this **16th Day of July, 2019**, between Ashley S. Aarons, Trustee of The Ashley S. Aarons 2015 trust Dated May 15, 2015, an individual, herein called **TRUSTOR**, whose address is **2029 Baltro Place, Costa Mesa, California 92626**, The Turoci Firm, Inc., a California Corporation, herein called **TRUSTEE**, and Western Star Financial, Inc., herein called BENEFICIARY, Witnesseth: That Trustor **IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE**, that property in Los Angeles County, California, described as:

APN: 4370-027-008      984 Bel Air Road, Los Angeles, California, 90077

APN: 5514-009-034      336 N Sweetzer Avenue, Los Angeles, California 90048

**For complete legal description, additional terms and conditions, see Exhibit "A" attached hereto.**
TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.
**For the Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $25,000.00. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary.

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|--------|------|------|--------|------|------|--------|------|------|--------|------|------|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 348 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 689 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| El Dorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 184 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glen | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 527 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2, Book 1961, Page 183887 | | | | |

FOR SIGNATURE(S) SEE SHORT FORM DEED OF TRUST SIGNATURE PAGE ATTACHED HERETO AND MADE A PART HEREOF.

1

**SHORT FORM DEED OF TRUST SIGNATURE(S) PAGE**

ORDER NO.
ESCROW NO.

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

X _____
Signature of Trustor

**Ashley S. Aarons, Trustee of The Ashley S.
Aarons 2015 Trust Dated May 15, 2015**
Print Name of Trustor

X _____
Signature of Trustor

_____
Print Name of Trustor

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

DATE: 7|16|19

STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

On 7|16|19 _____ before me, Adela Marie Salgado _____, a
Notary Public, personally appeared Ashley S. Aarons _____
_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

> ADELA MARIE SALGADO
> COMM. # 2199223
> NOTARY PUBLIC-CALIFORNIA
> RIVERSIDE COUNTY
> My Comm. Expires MAY 27, 2021

(Seal)

2

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California _____ }

County of Riverside _____ }

On 7/16/19 _____ before me, Adela Marie Salgado, a Notary public
                                        (Here insert name and title of the officer)
personally appeared Ashley S. Aarons _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature                    (Notary Public Seal)

ADELA MARIE SALGADO
COMM. # 2199223
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires MAY 27, 2021

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Short Form Deed of
(Title or description of attached document)
Trust
(Title or description of attached document continued)

Number of Pages 5 Document Date 7/16/19

CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
   _____
        (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

• State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
• Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
• The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
• Print the name(s) of document signer(s) who personally appear at the time of notarization.
• Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
• The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
• Signature of the notary public must match the signature on file with the office of the county clerk.
   ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
   ❖ Indicate title or type of attached document, number of pages and date.
   ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
• Securely attach this document to the signed document with a staple.

SHORT FORM DEED OF TRUST CONTINUED ON NEXT PAGE

## EXHIBIT "A"

APN: 4370-027-008
984 Bel Air Road, Los Angeles, California 90077, in the County of Los Angeles

PARCEL A OF PARCEL MAP 3707, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 98 PAGE(S) 62-
63 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 5514-009-034
336 N Sweetzer Avenue, Los Angeles, California 90048-2602, in the County of Los
Angeles

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 7 IN BLOCK 14 OF TRACT NO. 4353, IN THE CITY OF ,LOS ANGELES, COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 74 PAGES
25 AND 26 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THE MINERALS, OIL, GAS, AND OTHER HYDROCARBON
SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND.

3

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

ORDER NO.
ESCROW NO.

The following is a copy of provisions (1) to (14), inclusive, of the fictitious deed of trust, recorded in each county in California, as stated in the foregoing Deed of Trust and incorporated by reference in said Deed of Trust as being a part thereof as if set forth at length therein. **To Protect the Security of This Deed of Trust, Trustor Agrees:**

(1)    To keep said property in good condition and repair, not to remove or demolish any building thereon, to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefor, to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon, not to commit or permit waste thereof, not to commit, suffer or permit any act upon said property in violations of law to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumeration's herein not excluding the general.

(2)    To provide maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary.  The amount collected under any fire or other insurance policy may be applied by Beneficiary upon indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor.  Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(3)    To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee, and to pay all costs and expenses including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suite brought by Beneficiary to foreclose this Deed.

(4)    To pay at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock, when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior of superior hereto; all costs, fees and expenses of this Trust. Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee, pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto, and in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(5)    To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

(6)    That any amount of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such moneys received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

(7)    That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his rights either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(8)    That at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may reconvey any part of said property, consent to the making of any map or plot thereof, join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(9)    That upon written request of Beneficiary state that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder.  The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof.  The grantee in such reconveyance may be described as "The person or persons legally entitled thereto".  Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them).

(10)    That as additional security, Trustor hereby give to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable.  Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees.  Upon any indebtedness secured hereby, and in such order as Beneficiary may determine.  The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(11)    That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder.  Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property which notice Trustee shall cause to be filed for record.  Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as then may be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale.  Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied.  The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof.  Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof, all other sums then secured hereby, and the remainder, if any, to the person or persons legally entitled thereto.

(12)    Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties.  Said instrument must contain the name of the original Trustor.  Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

(13)    That this Deed applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns.  The term Beneficiary shall mean the owner and holder, including pledges, of the note secured hereby whether or not named as Beneficiary herein in this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(14)    That Trustee accepts this Trust when this Deed, duly executed and acknowledged and is made a public record as provided by law.  Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary of Trustee shall be a party unless brought by Trustee.

SHORT FORM DEED OF TRUST CONTINUED ON NEXT PAGE

4

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
## DO NOT RECORD

ORDER NO.
ESCROW NO.

### REQUEST FOR FULL RECONVEYANCE

To be used only when note has been paid:

To _____, Trustee

Dated _____

     The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

| | MAIL RECONVETANCE TO: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| By _____ | _____ |
| By _____ | _____ |

**ALL SIGNATURES TO THIS DOCUMENT MUST BE NOTARIZED**

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures. Both must be delivered to the Trustee for cancellation before reconveyance will be made.

5

## Exhibit 2



This page is part of your document - **DO NOT DISCARD**



# 20190802805



**Pages:**
**0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**08/12/19 AT 11:03AM**

| | |
|---|---|
| FEES: | 26.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 101.00 |



**L E A D S H E E T**

201908123250031

**00016991010**

010035285

**SEQ:**
**0 1**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY:
**WESTERN STAR FINANCIAL, INC.**

WHEN RECORDED MAIL TO:
**WESTERN STAR FINANCIAL**
**3845 Tenth Street**
**Riverside, CA 92501**



08/12/2019

*20190802805*

ORDER NO.
ESCROW NO.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEED OF TRUST

**APN: 4370-027-008 and APN: 5514-009-034**

**FOR VALUE RECEIVED** the undersigned hereby grants, assigns, and transfers to

FORWARD HORIZONS, INC., a California corporation, all beneficial interest under that

certain Deed of Trust dated July 16, 2019 executed by Ashley S. Aarons, Trustee of The

Ashley S. Aarons 2015 trust Dated May 15, 2015, Trustor, to The Turoci Firm, Inc., a

California Corporation, Trustee, and recorded on July 16, 2019 as Instrument No. 2019-

0690920 of Official Records in the Office of the County Recorder of Los Angeles County,

California, describing land therein as:


SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF


Together with the note as therein described or referred to, the money due and to become due

thereon with interest, and all rights accrued or to accrue under said Deed of Trust.


Dated: 8-10-19

Todd Turoci, President
Western Star Financial, Inc.
Beneficiary

1

## EXHIBIT "A"

APN: 4370-027-008
984 Bel Air Road, Los Angeles, California 90077, in the County of Los Angeles

PARCEL A OF PARCEL MAP 3707, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 98 PAGE(S) 62-
63 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.


APN: 5514-009-034
336 N Sweetzer Avenue, Los Angeles, California 90048-2602, in the County of Los
Angeles

THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF LOS ANGELES,
STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 7 IN BLOCK 14 OF TRACT NO. 4353, IN THE CITY OF ,LOS ANGELES, COUNTY OF
LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 74 PAGES
25 AND 26 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THE MINERALS, OIL, GAS, AND OTHER HYDROCARBON
SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND.

2

## ALL CAPACITY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_

COUNTY OF _Riverside_

On _August 10, 2019_ before me, _Dana R. Cormey, Notary Public_
     (Date)                                (Name and title of the officer)

personally appeared _Todd Turoci_
                                    (Name of person signing)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Dana R. Cor___
        Signature of officer

DANA R. CORMEY
Commission # 2128907
Notary Public - California
Riverside County
My Comm. Expires Oct 29, 2019

(Seal)

Rev. 01/01/2015

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3845 Tenth Street, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO OBJECTION TO MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY THE TUROCI FIRM AS GENERAL BANKRUPTCY COUNSEL [DOC NO. 30] AND DECLARATION OF TODD TUROCI IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/15/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Dare Law**   dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Alvin Mar**   alvin.mar@usdoj.gov
- **Susan I Montgomery**   susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- **Eric Ridley**   ridley.eric@gmail.com, r41626@notify.bestcase.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com
- **Valerie Smith**   claims@recoverycorp.com
- **Todd L Turoci**   mail@theturocifirm.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Reilly D Wilkinson**   rwilkinson@scheerlawgroup.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **8/15/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/2019 | Adela Salgado | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.