James C. Bastian, Jr. – Bar No. 175415
Rika M. Kido – Bar No. 273780
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email:  JBastian@shulmanbastian.com
             RKido@shulmanbastian.com

Attorneys for Ashley Susan Aarons,
Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 11 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**ASHLEY SUSAN AARONS**<br>dba Coffee Dog Entertainment,<br><br>Debtor. | Case No. 2:19-bk-18316-NB<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPROVE NON-MATERIAL MODIFICATIONS TO CHAPTER 11 PLAN DATED AUGUST 7, 2020**<br><br><u>Hearing Date:</u><br>Date:  February 11, 2021<br>Time:  10:00 a.m.<br>Place: Courtroom 1545<br>            255 East Temple Street<br>            Los Angeles, California 90012 |

The *Motion to Approval Non-Material Modifications to Chapter 11 Plan Dated August 7, 2020* [docket 383] ("Motion") filed by Ashley Susan Aarons, the debtor and debtor in possession ("Debtor") came on for hearing on shortened time on February 11, 2021, the Honorable Neil W. Bason, United States Bankruptcy Judge presiding.  Appearances were as noted on the record.

The Court having considered the Motion; and, no objections to the Motion having been made, for the reasons set forth on the record at the hearing on the Motion, and <u>for the reasons stated on the record and</u> good cause appearing, it is hereby

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6222-000 Non-Matrial Modification to Plan Order

**ORDERED** that the Motion is granted in its entirety; and

**IT IS FURTHER ORDERED** that the modifications set forth in the Motion are authorized and approved modifications to the Chapter 11 Plan Dated August 7, 2020 [docket 313] including:

    a.    The second sentence of the first paragraph of page 5 of the Plan shall be modified to reference the Fourth Addendum as follows:

> The settlement with POL is documented in the Final Modification Agreement.[1]

    b.    Exhibit A to the Plan will be revised and restated to provide for a payment of $75,000.00 on April 1, 2021 to Class 2D and otherwise be subject to additional terms as set forth below.  Exhibit H to the Disclosure Statement will be modified such that the third, fourth and fifth rows on page 23 of the Disclosure Statement (Exhibit H) discussing Class 2D shall be replaced with the following two rows:

| | |
|---|---|
| 2D | Complete Business Solutions Group ("CBSG") shall retain a lien in the fourth priority position on the Bel Air Property.  CBSG has agreed to fully resolve Claim 3 filed by CBSG in the Plan for payment by the Debtor or her bankruptcy estate in the total sum of $75,000.00 ("Stipulated Payment").  If the Stipulated Payment is not paid within 90 days of the Effective Date, interest on the Stipulated Payment will accrue at a rate of 10% interest per annum.  The Stipulated Payment will be paid no later than the same maturity as POL under the Plan whether that maturity is April 1, 2021 or is extended to October 1, 2021.  In the event the Debtor fails to pay the Stipulated Payment as provided here, CBSG shall retain its full lien indebtedness in any State Court or Deed of Trust proceedings against the Debtor's real property. |
| 2D | Claim 3 includes a secured claim against the Debtor's personal property as a result of a filed UCC-1.  Upon receipt of the Stipulated Payment, in addition to reconveying the fourth priority lien against the Bel Air Property, CBSG will terminate the UCC Financing Statement against the Debtor's personal property. |

    c.    The treatment of Class 2C and 2E on page 23 of the Disclosure Statement shall be modified to provide for enough funds to be held in the Claims Reserve through closing on the financing by adding the following rows after the last row for 2C and 2E:

---

[1] The Modification Agreement as defined in the Plan and attached to the Disclosure Statement as Exhibit "K", a final copy of which was attached as Exhibit "1" to the Declaration of Ashley S. Aarons, annexed to the Confirmation Brief, was subsequently modified pursuant to the Addendum to Modification and Release Agreement on October 14, 2020, the Second Addendum to Modification and Release Agreement on November 6, 2020, the Third Addendum to Modification and Release Agreement on December 22, 2020, and the Fourth Addendum to Modification and Release Agreement on February 3, 2021, collectively referred to as "Addenda".  The Addenda, including the fully Executed Modification Agreement was signed by all parties and attached as **Exhibit "1"** to the Non-Material Modification Motion and is incorporated into the Plan in its entirety and hereafter referred to as the "Final Modification Agreement".

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

6222-000 Non-Matrial Modification to Plan Order

| | |
|---|---|
| 2C | In the event that the claim asserted by Lamorie is not resolved prior to closing on financing, Lamorie's lien shall be reconveyed, enough funds will be held in the Claims Reserve provided for in the Plan pending a resolution of the secured claims or a court order, and Lamorie's lien will attach to the funds with the same force, effect, validity and priority as the liens had with respect to the Bel Air Property prior to the financing, with any funds not used to be released for payment to the Debtor's administrative creditors. |
| 2E | In the event that the WSF/Forward Horizon's secured claim is not resolved prior to closing on financing, Forward Horizons' lien shall be reconveyed, enough funds will be held in the Claims Reserve provided for in the Plan pending a resolution of the secured claims or a court order, and Forward Horizons' lien will attach to the funds with the same force, effect, validity and priority as the liens had with respect to the Bel Air Property prior to the financing, with any funds not used to be released for payment to the Debtor's administrative creditors. |

**IT IS FURTHER ORDERED** that all Plan modifications are hereby approved pursuant to 11 U.S.C. § 1127(a), without the need for any additional disclosure or re-solicitation under Federal Rule of Bankruptcy Procedure 3019.

### ###

Date: February 11, 2021

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6222-000 Non-Matrial Modification to Plan Order

3