# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3600 American River Drive, Suite 145
Sacramento, CA 95864

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF REMOVAL
NOTICE OF STATUS CONFERENCE RE REMOVAL OF ACTION
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/17/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

see attached service list

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/17/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

see attached service list

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/17/2021 | Allison Kieser | /s/Allison Kieser |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

Attachment to Proof of Service

Case 2:19-bk-18316

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Debtor's attorney: Michael Totaro, Ocbkatty@aol.com
Trustee: John-Patrick McGinnis Fritz, jpftrustee@lnbyb.com
Attorney for U.S. Trustee: Dare Law, dare.law@usdoj.gov
Attorney for U.S. Trustee: Ron Maroko, ron.maroko@usdoj.gov
Attorney for U.S. Trustee: Alvin Mar, alvin.mar@usdoj.gov
U.S. Trustee: ustpregion16.la.ecf@usdoj.gov
Brandon J Anand    brandon@anandlaw.com, r52959@notify.bestcase.com, info@anandlaw.com
Julian K Bach    Julian@Jbachlaw.com, julianbach@sbcglobal.net
Oscar Estrada    oestrada@ttc.lacounty.gov
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
Marjorie M Johnson    mmjesq@yahoo.com, ca.ecf@aislegaltrac.com
Susan I Montgomery    susan@simontgomerylaw.com, assistant@simontgomerylaw.com; simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
Manuel Quiogue    mq@lundquistconsulting.com
Eric Ridley    ridley.eric@gmail.com, r41626@notify.bestcase.com
Karel G Rocha    krocha@pnbd.com, srichards@pnbd.com
Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
Valerie Smith    claims@recoverycorp.com
Patricia N Syverson    , tdinardo@bffb.com
Michael R Totaro    Ocbkatty@aol.com
Todd L Turoci    mail@theturocifirm.com
Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

2. TO BE SERVED VIA FIRST CLASS MAIL

U.S. Bankruptcy Court
Roybal Federal Building
Judge Neil Bason
255 E. Temple Street, Suite 1552
Los Angeles, CA 90012

Compass Realty, Inc.
Susan Hackett & Joseph Montemarano
11726 San Vincente Blvd #350
Los Angeles, CA 90049

More Lucky Cats, Inc.
dba Keller Williams Realty Shokoh Nasab
10880 Wolshire Blvd #122
Los Angeles, CA 90024

Ashley Susan Aarons
984 Bel Air Road
Los Angeles, CA 90077

Asset Recovery Association
Cba Claims XP
516 Loma Drive
Hermosa Beach, CA 90254

Mainak D'Attaray
Law Office of Mainak D'Attaray
3780 Kilroy Airport Way, Ste 200
Long Beach, CA 90806-2458

SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618

Mortgage Lender Services, Inc.
7844 Madison Ave, Suite 145
Fair Oaks, CA 95268