PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant, State Bar No. 089395
Assistant United States Trustee
Dare Law, State Bar No. 155714
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
dare.law@usdoj.gov

**FILED & ENTERED**

OCT 18 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

**ASHLEY SUSAN AARONS**

               Debtor

Case No.: 2:19-bk-18316 NB

Chapter 11

ORDER CONVERTING CASE TO CHAPTER 7 ON THE COURT'S STATUS CONFERENCE

Date:  October 15, 2021
Time:  12:00 p.m.
Ctrm:  1545
255 E. Temple Street
Los Angeles, CA  90012

    The Court's continued Status Conference was heard on the date and time stated above with appearances stated on the record.  Having reviewed the record in this case including but not limited to, the Procedures Order [docket #9], the Proof of Service of the Procedures Order [docket #20], the Amended Plan of Reorganization [docket #313], the Order Confirming the Plan of Reorganization [docket #390], and the Memorandum of Rulings [docket #460], all oral argument, for good cause, it is hereby

    ORDERED that the case is hereby converted to chapter 7, and it is

    FURTHER ORDERED that Debtor shall comply with Federal Rules of Bankruptcy Procedure 1019, and it is

    ///

1

1  FURTHER ORDERED upon conversion to chapter 7, property will revest in the chapter 7
2  estate, and the automatic stay will be reimposed upon the revested property only to the extent that
3  relief from stay was not previously granted by the Court during this case.

### 

Date: October 18, 2021

Neil W. Bason
United States Bankruptcy Judge

2